**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Misty Dawn Bramlett Edwards and Chad Ledford
Edwards, Appellants.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001082

———————————

Appeal From Oconee County
Tommy B. Edwards, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-318
Submitted November 17, 2020 – Filed November 20, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellants.

Andrew Troy Potter, of Anderson, for Respondent.

Steven Luther Alexander, of Alexander Law Firm, LLC,
of Pickens, for the Guardian ad Litem.

**PER CURIAM:** Misty Dawn Bramlett Edwards and Chad Ledford Edwards appeal the family court's final order terminating their parental rights to their minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve the Edwards' counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.